USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter K. Kijewski,

                        Plaintiff,

        -against-

TIAA et al.

                        Defendants.

1:25-cv-01779 (JAV) (SDA)

ORDER OF SERVICE

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff, who is proceeding *pro se*, filed this action on February 28, 2025, and paid the filing fee on March 11, 2025. (*See* Compl., ECF No. 1; 3/11/25 Docket Text Entry (noting payment of fee processed).)

The Clerk of Court is respectfully requested to issue summonses as to Defendants TIAA, Vanguard Group, Inc., BNY Pershing, Maureen A. Dunn, Esq., Mitchell Y. Cohen, Esq. and Marie F. Kijewski. Plaintiff is directed to serve the summons and Complaint, including exhibits, on each Defendant within 90 days of the issuance of the summonses.[1]

If Plaintiff has not either served Defendants or requested an extension of time to do so within 90 days of the issuances of the summonses, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiff filed the complaint because he had not yet paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summonses are issued. *See Panuccio v. Weichert Workforce Mobility, Inc.*, No. 23-CV-01366 (PMH), 2023 WL 3166397, at *1 n.2 (S.D.N.Y. Apr. 28, 2023).

**SO ORDERED.**

Dated: New York, New York
March 24, 2025

_____
STEWART D. AARON
United States Magistrate Judge