IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PETER K. KIJEWSKI, PhD

    *Plaintiff,*

v.

Teachers Insurance and Annuity Association of America, TIAA Trust, N.A.
The Vanguard Group, Inc.,
Pershing LLC,
Maureen A. Dunn, Esq.,
Mitchell Y. Cohen, Esq.,
Marie F. Kijewski, PhD

    *Defendants.*

**MEMO ENDORSED**

No. 1:25-cv-01779-JAV-SDA

**LETTER-MOTION**

Dear Hon. Judge Vargas & Hon. Judge Aaron:

I request an extension of time to respond to the motion to dismiss filed on June 11, 2025, by Pershing and the TIAA Defendants (Documents 51-1, 51-2, 51-3 & 51-4). Pursuant to Judge Vargas's individual Rule 3(E), I state the following:

1. Per SDNY local rule 6.1(b), papers in opposition to a motion to dismiss must be served 14 days after service of the moving papers. Since the motion to dismiss was filed on June 11, 2025, the deadline to respond is this Wednesday, June 25, 2025. I request an extension to Friday, July 27, 2025.

2. No prior extension has been requested related to this motion.

Portions of this document were prepared with assistance by the City Bar Justice Center's Federal Pro Se Legal Assistance Project in the Southern District of New York.

3. Since this is the first request for an extension related to this motion, there has been no grant or denial of an extension in relation to this motion.

4. Because of the June 17, 2025 deadline to respond to two motions to dismiss filed by other defendants, a significant part of the 14-day-period to respond to this motion was occupied by responding to other motions related to this case.

5. On June 23, 2025, I called attorney Joseph L. Linares, Esq., attorney for the Pershing and TIAA Defendants. Attorney Linares consented to the extension of time.

6. The parties do not currently have an appearance scheduled before the Court.

June 23, 2025

Respectfully submitted,

/s/ Peter Kijewski
Peter K. Kijewski, PhD
23 Shipyard Drive #307
Hingham MA, 02043
(914) 281-4893
pkijewski@outlook.com

Plaintiff's request for an extension of time to respond to the Motion to Dismiss, ECF No. 51, is GRANTED. Plaintiff's opposition papers shall be filed no later than July 28, 2025. Defendants' reply papers shall be filed no later than August 4, 2025. The Clerk of Court is respectfully directed to terminate ECF Nos. 56 and 59.
SO ORDERED.
Dated: June 25, 2025

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE

Portions of this document were prepared with assistance by the City Bar Justice Center's Federal Pro Se Legal Assistance Project in the Southern District of New York.