**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Peter K. Kijewski,

                      Plaintiff,

          -against-

TIAA et al.

                   Defendants.

**1:25-cv-01779 (JAV) (SDA)**

**ORDER**

---

**STEWART D. AARON, United States Magistrate Judge:**

Presently before the undersigned are five non-dispositive Letter Motions filed by Plaintiff between April 14, 2026 and June 2, 2026.[1] (*See* Pl.'s Ltr. Mots., ECF Nos. 75, 77, 81, 83, 84.)

Plaintiff's first two Letter Motions pertain to documents filed in the matrimonial action between Plaintiff and Defendant Marie F. Kijewski, *Kijewski v. Kijewski*, Index No. 60606/2015, pending in the Supreme Court of the State of New York, County of Westchester (the "Matrimonial Action"), which Plaintiff appears to contend support the allegations in his Complaint in this action. (Pl.'s 4/14/26 Ltr. Mot., ECF No. 75, at 1; Pl.'s 4/15/26 Ltr. Mot., ECF No. 77, at 1.) Plaintiff requests permission to file a motion to "justify supplemental Peter K. Kijewski money award," and requests a conference to review exhibits related to the Matrimonial Action. (Pl.'s 4/14/26

---

[1] On March 21, 2025, this case was referred to the undersigned for general pretrial purposes, including non-dispositive pre-trial motions. (*See* 3/21/25 Order of Ref., ECF No. 11.) There also are before the Court five dispositive motions that are not addressed herein: (1) a motion to dismiss by Maureen A. Dunn, Esq. and Mitchell Y. Cohen, Esq. (Dunn/Cohen Not. of Mot., ECF No. 24); (2) a motion to dismiss by Vanguard Group, Inc. (Vanguard Not. of Mot., ECF No. 30); (3) a motion to dismiss by Teachers Insurance and Annuity Association of America, TIAA Trust, N.A. and Pershing LLC (TIAA/Pershing Not. of Mot., ECF No. 51); (4) a motion to dismiss by Marie F. Kijewski (M. Kijewski Not. of Mot., ECF No. 69); and (5) a May 14, 2026 motion by Plaintiff (Pl.'s 5/14/26 Notice of Motion, ECF No. 78) in which Plaintiff seeks dispositive relief. (*See* Pl.'s Proposed Order, ECF No. 78-33.)

Ltr. Mot. at 5; Pl.'s 4/15/26 Ltr. Mot. at 5.) Plaintiff later filed what appears to be the motion that he previously had requested to file and, thus, Plaintiff's request is denied as moot. Plaintiff's request for a conference is denied as he has not demonstrated the need for a conference. To the extent Plaintiff seeks to introduce additional documents in support of his claims in this action, there is no basis for the Court to consider those exhibits at this juncture. Nor can Plaintiff attempt to amend his pleading in this manner.

Plaintiff's May 21, 22 and June 2, 2026 Letter Motions seek to add additional exhibits in support of Plaintiff's May 14, 2026 motion. (*See* Pl.'s Ltr. Mots., ECF Nos. 81, 83, 84; *see also* Pl.'s 5/22/26 Letter, ECF No. 82.) Without passing on the merits of Plaintiff's May 14, 2026 motion, which is not before the undersigned (*see* footnote 1, *supra*), Plaintiff's requests that the exhibits be included as part of his motion papers hereby are granted.

For the foregoing reasons, it is hereby ORDERED that Plaintiff's motions filed at ECF Nos. 75 and 77 are DENIED and Plaintiff's Letter Motions as 81, 83 and 84 are GRANTED.

**SO ORDERED.**

Dated:  New York, New York
        June 16, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2