**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

PETER K. KIJEWSKI, PhD

*Plaintiff*,

v.

Teachers Insurance and Annuity Association of America, TIAA Trust, N.A.
The Vanguard Group, Inc.,
Pershing LLC,
Maureen A. Dunn, Esq.,
Mitchell Y. Cohen, Esq.,
Marie F. Kijewski, PhD

*Defendants.*

No. 1:25-cv-01779-JAV-SDA

**LETTER-MOTION**

ENDORSEMENT: The Court is in receipt of the enclosed document filed by Plaintiff, which purports to be a Letter Motion. Because Plaintiff does not seek any relief, the Clerk of Court is requested to terminate the motion filed at ECF No. 90.
SO ORDERED.
Dated: August 26, 2026

Dear Judge Jeannette A. Vargas and Judge Stewart D. Aaron,

Continuing Legal Education (CLE) and dissemination of Federal & State laws explained in MSKCC Retirement Savings Plan (RSP) Summary Plan Description, which "is written in everyday language", would have prevented "Kijewski v. TIAA et al 25-cv-01779-JAV-SDA".

**EXHIBIT #1**: July 29, 2026, Defendant TIAA webpage email to Peter K. Kijewski, Participant MSKCC tax-sheltered 403(b) & 457(b) retirement plans and IRA. TIAA references an explanation of IRS Internal Revenue Code and "Employee Retirement Income Security Act of 1974" (ERISA), which "is written in everyday language":

> "Can't see this email? View it in a browser.
>
> Dear Participant,
>
> A copy of the Summary Plan Description (SPD) for the Memorial Sloan Kettering Cancer Center Retirement Savings Plan (RSP), updated as of January 1, 2026, is available **here**. You are receiving this document as our records indicate you have a benefit in the RSP.
>
> The SPD explains the terms and conditions of the RSP, including eligibility, withdrawals/distributions, and investments. The SPD also contains important information about your rights under the Employee Retirement Income Security Act of 1974 (ERISA)."

**EXHIIBIT #2**: Webpage "**here**", which is January 1, 2026, MSKCC Retirement Savings Plan (RSP) Summary Plan Description, written by MSK Executive Benefits Committee:

> "Memorial Sloan Kettering Cancer Center ("**MSK**") sponsors the MSKCC Retirement Savings Plan (the "**Plan**"). The Plan is designed to provide annuities and custodial accounts described in Section 403(b) of the Internal Revenue Code to provide you and your family with income during your retirement years.
>
> This Summary Plan Description ("**SPD**") describes the Plan as in effect on and after January 1, 2026, and supersedes all earlier Plan descriptions. The SPD is written in everyday language and summarizes your benefits and rights under the Plan."

"Supersedes all earlier Plan descriptions" confirms MSK Executive Benefits Committee continually updated and improved the contents of MSKCC Retirement Savings Plan (RSP) Summary Plan Description. October 6, 2025, ECF 72.1 referenced an explanation of Federal & State laws governing retirement accounts used by Defendant Maureen A. Dunn, which is superseded by MSKCC Retirement Savings Plan (RSP) Summary Plan Description.

My letter provides justification for Continuing Legal Education (CLE) and dissemination webpage **here** referenced in Can't see this email? View it in a browser.

**EXHIBIT #3**: Analysis of attorney failure to assure Peter K. Kijewski "rights under the Employee Retirement Income Security Act of 1974 (ERISA)", comprehensively explained in MSKCC Retirement Savings Plan (RSP) Summary Plan Description. The objective is to prevent a recurrence of eleven (**11+**) years June 19, 2015, NYS "Marie Foley Kijewski v. Peter K. Kijewski 60606/2015" and further Federal legal action February 28, 2025, SDNY "Kijewski v. TIAA et al 25-cv-01779-JAV-SDA/LTS".

**EXHIBIT #4**: Review, track and analyze eleven (**11+**) years obfuscating NYS Court document production, which occurred since attorneys and parties failed to learn Federal & State laws explained in MSKCC Retirement Savings Plan (RSP) Summary Plan Description. Print Document List reveals June 19, 2015 - June 5, 2026, motion practice, principally initiated by Defendant Dunn, M., falsely claiming "experience includes handling complex equitable distribution matters".

American Bar Association, New York Courts pending "Your access to equal justice starts here" and U.S District Court SDNY: Justified Continuing Legal Education (CLE) and dissemination webpage MSKCC Retirement Savings Plan (RSP) Summary Plan Description referenced in Can't see this email? View it in a browser.

August 19, 2026

Respectfully submitted,

/s/ Peter Kijewski
Peter K. Kijewski, PhD
23 Shipyard Drive #307
Hingham MA, 02043
(914) 281-4893
pkijewski@outlook.com